**Opinion issued August 15, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00835-CV

———————————

**DURRAINE JONES, Appellant**

**V.**

**STREETLANE HOMES, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1189601**

---

## MEMORANDUM OPINION

Appellant, Durraine Jones, proceeding pro se, filed a notice of appeal from the trial court's October 31, 2022 judgment. Appellant has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief).

The clerk's record was filed on January 13, 2023, and the reporter's record was filed on March 23, 2023. Accordingly, appellant's brief was due to be filed on or before April 24, 2023. *See* TEX. R. APP. P. 38.6(a). Appellant did not file an appellant's brief.

On May 2, 2023, the Clerk of this Court notified appellant that this appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, appellant did not adequately respond.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), 43.2(f). All pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Justices Goodman, Rivas-Molloy, and Guerra.